1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CHRISTOPHER D. VIEIRA (CABN 273781)
   Special Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5037
7       FAX: (408) 535-5066
        christopher.vieira@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. MJ 16-71222 |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| MICHAEL LOPEZ, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint without prejudice.

Dated: September 22, 2016                     Respectfully submitted,

                                              BRIAN STRETCH
                                              United States Attorney

                                               /s/ *Christopher Vieira*
                                              CHRISTOPHER VIEIRA
                                              Special Assistant United States Attorney

NOTICE OF DISMISSAL
MJ 16-71222 MAG