

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. MJ 16-71222 |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| MICHAEL LOPEZ, | |
| Defendant. | |

Leave is granted to the government to dismiss the complaint. The complaint is hereby ordered dismissed without prejudice.

Dated: 9/23/16

HOWARD R. LLOYD
United States Magistrate Judge

ORDER OF DISMISSAL
MJ 16-71222 MAG